**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
**File Name: 06a0551n.06**
**Filed: August 2, 2006**

**No. 05-6123**

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

NORMAN WRIGHT,

     **Plaintiff-Appellant,**

v.

LOUISVILLE JEFFERSON COUNTY METRO
GOVERNMENT; LOUISVILLE METRO
POLICE DEPARTMENT, Officers in the Employ
of Louisville Jefferson County Metro
Government; TRAVIS HATCHELL,

     **Defendants-Appellees.**

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

BEFORE: MARTIN and SUTTON, Circuit Judges; JORDAN, District Judge.[*]

     **LEON JORDAN, District Judge.** Norman Wright appeals the district court's grant of summary judgment in favor of all defendants. After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion. The district court committed no reversible error. Its judgment

---

     [*] The Honorable R. Leon Jordan, United States District Judge for the Eastern District of Tennessee, sitting by designation.

*Wright v. Louisville Jefferson County Metro Government*, No. 05-6123

is therefore AFFIRMED for the reasons stated in its summary judgment memorandum opinion.